IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LESLIE WILSON** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 02-CV-4662** |
| | : | |
| **PPL ELECTRIC UTILITIES CORP.** | : | |

### ORDER

**AND NOW**, this _____ day of April, 2003, upon consideration of Plaintiff's unopposed Motion for Enlargement of Time (docket no. 9), it is **ORDERED** that the Motion is **GRANTED**. Accordingly, the following schedule shall apply:

1. Plaintiff shall serve her expert report(s) on Defendant by June 11, 2003.

2. Defendant shall serve its expert report(s) on Plaintiff by July 11, 2003.

3. Discovery shall be completed by July 11, 2003.

4. Non- dispositive motions shall be filed by July 11, 2003.

5. Dispositive motions shall be filed by August 22, 2003.

6. Exhibits shall be exchanged by November 14, 2003.

7. The parties shall file their pretrial memoranda pursuant to Federal Rule of Civil Procedure 26(a)(3) and Local Rule of Civil Procedure 16.1(c), proposed voir dire questions, jury instructions, special interrogatories, verdict forms, and any motions in limine (with a copy of each also delivered to Chambers) by November 21, 2003.[1]

8. A final pretrial conference is scheduled for **Tuesday, December 2, 2003, at 11:00**

---

[1] Amendments or supplements to the final jury instructions and verdict forms or special interrogatories to the jury may be submitted at the close of the evidence.

    **a.m.**[2]

9.    This case will be placed in the Court's trial pool on **Friday, December 5, 2003**. Once placed in the trial pool, a case may be called to trial upon 24 hours notice to counsel.

          **BY THE COURT:**

          _____
          **BRUCE W. KAUFFMAN, J.**

---

[2]    The Court expects counsel to work together in an effort to submit, to the fullest extent possible, an <u>agreed upon</u> version of preliminary and final jury instructions, and verdict forms or special interrogatories to the jury. The statement of the case for use in the preliminary jury instructions should summarize succinctly each party's position and should state the essential elements of claims and defenses that must be proven by each party. Where agreement is not reached, requests for jury instructions must be accompanied by citation of legal authority. If a model jury instruction is used (<u>e.g</u>, Devitt & Blackmar), any modifications should be indicated by underlining and boldfacing additions and striking out deletions.