IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LESLIE WILSON** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 02-CV-4662** |
| | : | |
| **PPL ELECTRIC UTILITIES CORP.** | : | |
| | : | |

## ORDER

**AND NOW**, this _____ day of August, 2003, upon consideration of Defendant's unopposed Motion for Extension of Time (docket no. 12), it is **ORDERED** that the Motion is **GRANTED**. Accordingly, the parties shall file their dispositive motions on or before August 29, 2003.

BY THE COURT:

_____
**BRUCE W. KAUFFMAN, J.**