IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LESLIE WILSON, | : No. 02-CV-4662 |
| | : |
| Plaintiff | : |
| | : JURY TRIAL DEMANDED |
| v. | : |
| | : |
| | : JUDGE BRUCE W. KAUFFMAN |
| PPL ELECTRIC UTILITIES | : |
| CORPORATION, | : |
| | : |
| Defendant | : |

**ORDER**

AND NOW, having considered Motion of Plaintiff Leslie Wilson, concurred by Defendant, within which to file his response to Defendant's Motion for Summary Judgment,

The Court having been fully informed and good cause having been shown,

It is hereby ORDERED and DECREED this _____ day of September, 2003, that said Motion be and the same is hereby GRANTED. The parties are hereby granted an enlargement of time of twenty (20) days, up to and including October 17, 2003, to file Plaintiff's response to Defendant's Motion for Summary Judgment.

It is further ORDERED that the other deadlines identified in this Court's April 29, 2003 Order are enlarged by twenty (20) days as follows:

| | |
|---|---|
| Exhibits | December 4, 2003 |
| Pretrial memoranda | December 9, 2003 |
| Pretrial conference | December 22, 2003 |
| Trial Pool | December 26, 2003 |

_____
J.