IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LESLIE WILSON** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 02-CV-4662** |
| | : | |
| **PPL ELECTRIC UTILITIES CORPORATION** | : | |
| | : | |

## ORDER

**AND NOW**, this _____ day of September, 2003, upon consideration of Plaintiff's unopposed Motion for Enlargement of Time to File Plaintiff's Response to Defendant's Motion for Summary Judgment (docket # 15), **IT IS ORDERED** that the Motion is **GRANTED**. The parties are hereby granted an enlargement of time of twenty days, up to and including October 17, 2003, to file Plaintiff's Response to Defendant's Motion for Summary Judgment.

It is further **ORDERED** that the other deadlines identified in this Court's April 29, 2003 Order are enlarged by twenty days as follows:

| | |
|---|---|
| Exhibits | December 4, 2003 |
| Pretrial Memoranda | December 9, 2003 |
| Pretrial Conference | December 22, 2003 |
| Trial Pool | December 26, 2003 |

**BY THE COURT:**

_____
**BRUCE W. KAUFFMAN, J.**