IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LESLIE WILSON, | : | |
| | : | |
| Plaintiff | : | |
| | : | No.  02-CV-4662 |
| | : | |
| v. | : | JURY TRIAL DEMANDED |
| | : | |
| | : | JUDGE BRUCE W. KAUFFMAN |
| PPL ELECTRIC UTILITIES CORPORATION, | : | |
| | : | |
| Defendant | : | |

**APPENDIX TO PLAINTIFF'S BRIEF IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Filed on behalf of Plaintiff, Leslie Wilson

Glennis L. Clark, Esquire
I.D.  No. 36682
Law Offices of Glennis L. Clark
532 Walnut Street
Allentown, PA 18101
(610) 433-6624

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LESLIE WILSON, | : | |
| | : | |
| Plaintiff | : | |
| | : | No.  02-CV-4662 |
| | : | |
| v. | : | JURY TRIAL DEMANDED |
| | : | |
| | : | JUDGE BRUCE W. KAUFFMAN |
| PPL ELECTRIC UTILITIES | : | |
| CORPORATION, | : | |
| | : | |
| Defendant | : | |

**APPENDIX TO MEMORANDUM OF LAW
IN OPPOSITION TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT**

| Exhibit | Description |
|---|---|
| 1 | Transcript Excerpts of Leslie Wilson - Volume 1 |
| 2 | Transcript Excerpts of Leslie Wilson - Volume 2 |