IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LESLIE WILSON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 02-4662 |
| PPL ELECTRIC UTILITIES CORPORATION | : | |

## ORDER

**AND NOW**, this _____ day of November, 2003, upon consideration of Defendant's unopposed Motion to Extend Deadlines Pending Resolution of Defendant's Motion for Summary Judgment (docket no. 20), it is **ORDERED** that the Motion is **GRANTED**. Accordingly, the date by which the parties must exchange trial exhibits and file pretrial memoranda and related documents is extended until after the Court has ruled on Defendant's Motion for Summary Judgment (docket no. 14). A new trial pool date and a new deadline for these submissions will be set at the time of the Court's ruling on the Motion for Summary Judgment.

BY THE COURT:

_____
**BRUCE W. KAUFFMAN, J.**